MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA B. KANE (CSBN 150630)
Chief, Criminal Division

ROBIN L. HARRIS (CSBN 123364)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7016
Facsimile: (415) 436-7234

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0462 RS |
| Plaintiff, | **STIPULATION AND ORDER** [Proposed] |
| v. | |
| ABDULAZIZ ABDULAHI KHALIL and SIEU MY TRAN, | |
| Defendants. | |

**STIPULATION**

It is hereby stipulated by and between Plaintiff, the United States of America, and Defendants, Abdulaziz Abdulahi Khalil and Sieu My Tran, that the status conference in the above-captioned case shall be continued from June 26, 2012 until July 10, 2012 at 2:30 p.m.. This stipulation is based upon the unavailability of government counsel on June 26, 2012 and the continuing need for counsel to review the voluminous discovery produced in this case. The

///

///

///

///

STIPULATION AND ORDER[Proposed]
[CR 11-0462 RS]

parties further stipulate that the time from June 26, 2012 through July 10, 2012 shall be excluded from the Speedy Trial Act for the effective preparation of counsel.

DATED: June 11, 2012

   /s/
ANTHONY KNOWLES
Attorney for Defendant Khalil

   /s/
ROBIN L. HARRIS
Assistant United States Attorney

   /s/
DOUGLAS HORNGRAD
Attorney for Defendant Tran

**ORDER** [Proposed]

The parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the status conference in the above-captioned matter is continued from June 26, 2012 until July 10, 2012 at 2:30 p.m. It is further ordered that the time from June 26, 2012 through July 10, 2012 is excluded from the Speedy Trial Act for the effective preparation of counsel.

IT IS SO ORDERED.

Date: 6/11/12

_____
Honorable Richard Seeborg
United States District Court Judge