UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 11-0462 RS |
| Plaintiff, | ) | |
| | ) | **ORDER** [proposed] |
| | ) | |
| v. | ) | |
| | ) | |
| ABDULAZIZ KHALIL and | ) | |
| SIEU MY TRAN | ) | |
| | ) | |
| Defendants. | ) | |

On October 30, 2012 a status conference was held before this Court in the above-captioned case. Plaintiff, the United States of America, was represented by Assistant United States Attorney Robin L. Harris. Defendant, Abdulaziz Khalil, was represented by Attorney Anthony Knowles, who is appearing *pro hac vice* in this case. Defendant Sieu My Tran was represented by the law office of Douglas Horngrad. The case was continued to November 30, 2012 in order to permit defense counsel to continue to review the new discovery and to enable the parties to discuss the case.

All parties jointly requested that the time from October 30, 2012 through November 30, 2012 be excluded from the Speedy Trial Act for the effective preparation of counsel in light of the anticipated volume of discovery which will be produced to the defense and the continued complexity of the case. As discussed and augmented by the oral record of proceedings at the October 30, 2012 hearing, this Court found that the interests of justice

Order

outweighed the defendants' and public's interest in a speedy trial and excluded from the Speedy Trial Act the time from October 30, 2012 through November 30, 2012.

Accordingly, the parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the time from October 30, 2012 through November 30, 2012 is excluded from the Speedy Trial Act based upon the complexity of the case and to enable the effective preparation of counsel which findings are further discussed in the oral record of proceedings on October 30, 2012.

DATED: 11/30/12

_____
Honorable Richard Seeborg
United States District Judge